

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 07 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:24-00150 |
| v. ) | |
| ) | 18 U.S.C. § 875(c) |
| JUSTIN TARASKEWICH ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about June 16, 2023, in the Middle District of Tennessee, the defendant, **JUSTIN TARASKEWICH**, did knowingly and willfully transmit in interstate commerce, a communication, namely, a telephone call to Individual A, and the communication contained threats to kill and injure Individual A and other individuals, and to "come in there and shoot up" and "blow up" the Veterans Administration facility located in Murfreesboro, Tennessee.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*Rachel M Stephens*
RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY